IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 21-13514-P

_____

IN RE:

OFFICE OF THE ALABAMA ATTORNEY GENERAL,
ASSISTANT ATTORNEY GENERAL LAUREN SIMPSON,

                             Movants - Appellants.

_____

Appeal from the United States District Court
for the Middle District of Alabama

_____

ORDER:

The Court appoints the following attorney as pro bono amicus curiae to defend the district court's judgment in this appeal:

Christina Karam

PETRILLO KLEIN & BOXER LLP

New York, New York 10017

655 Third Avenue, 22nd Floor

ckaram@pkbllp.com

The Court's \_\_\_\_March 3\_\_\_\_, 2022 order provides the terms of the appointment and process for the remaining briefing.

/s/ Ed Carnes
_____
UNITED STATES CIRCUIT JUDGE